COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-04-041-CV

IN RE DAVID GLEN HARRIS   RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relator’s petition for writ of mandamus is denied.

PER CURIAM

PANEL B: DAUPHINOT, LIVINGSTON, and WALKER, JJ.

DELIVERED: February 12, 2004

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.